United States Courts
Southern District of Texas
F I L E D

MAR 2 6 2026

Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

Ashley Richard
Plaintiff

v.

World Champion Trucking
Eugene Hill
Rogelio Cortez (also known as Roy Cortez)

Defendants

Civil Action No. _____

COMPLAINT FOR SEXUAL HARASSMENT, RETALIATION, AND RELATED CLAIMS

## I. INTRODUCTION

This action arises from unlawful workplace conduct, including sexual harassment, a hostile work environment, and retaliation following Plaintiff's complaints.

Plaintiff was subjected to repeated unwelcome conduct of a sexual nature and, after reporting it, experienced further hostility from management.

Defendants failed to correct the conduct and subsequently terminated Plaintiff's employment.

## II. PARTIES

Plaintiff Ashley Richard is a resident of Houston, Texas.

Plaintiff was employed as a dispatcher and office manager responsible for coordinating drivers and managing operations.

Defendant World Champion Trucking is a Texas business.

Defendant Eugene Hill exercised authority over Plaintiff.

Defendant Rogelio Cortez (also known as Roy Cortez) exercised authority over Plaintiff and was the registered agent.

## III. JURISDICTION AND VENUE

This Court has jurisdiction under federal law, including Title VII.

Venue is proper in this district.

## IV. EEOC PROCESS

Plaintiff filed a charge with the EEOC and received a Right-to-Sue letter.

## V. EQUITABLE TOLLING

Plaintiff experienced a serious medical emergency requiring ICU hospitalization for approximately five days and months of recovery, preventing timely filing.

Equitable tolling is warranted.

VI. FACTUAL BACKGROUND

Plaintiff experienced repeated unwelcome sexual comments from a driver.

Plaintiff reported the conduct to management.

Management failed to act and instead created further hostility.

Plaintiff was terminated shortly after reporting.

The Texas Workforce Commission determined that wages were owed to Plaintiff, which remain unpaid.

VII. CLAIMS

Sexual harassment and hostile work environment.

Retaliation.

Intentional infliction of emotional distress.

Negligent supervision.

VIII. DAMAGES

Plaintiff seeks damages including lost wages, unpaid wages, emotional distress, and other harm.

IX. PRAYER FOR RELIEF

Plaintiff seeks all available relief including damages and costs.

X. JURY DEMAND

Plaintiff demands a jury trial.

Respectfully submitted,

Ashley Richard, Pro Se

13100 Wortham Center Dr #3109
Houston, TX 77065

346-282-6628

aerichard3@gmail.com